UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANE LEWIS,<br><br>            Plaintiff,<br><br>      vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>            Defendant(s). | Case No.: 2:24-cv-02717-WBS-CSK<br><br>**ORDER RE STIPULATION TO DISMISS WITH PREJUDICE** |

### ORDER RE STIPULATION TO DISMISS WITH PREJUDICE

The Stipulation to Dismiss Plaintiff's individual claims with Prejudice is hereby Approved. All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated:  March 13, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE